## 2UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **CORDARIUS MORRIS,** | } |
| | } |
| **Plaintiff,** | } |
| | } |
| v. | } Case No.: 2:24-CV-1113-RDP |
| | } |
| **SIRDARRIUS BARNES, et al.,** | } |
| | } |
| **Defendants.** | } |

### ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE

This case is **SET** for a Rule 16(b) scheduling conference at **11:45 a.m.** on **Friday, November 22, 2024**, in chambers of the undersigned located in the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Room 882, Birmingham, Alabama.

**DONE** and **ORDERED** this November 15, 2024.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE