IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CORDARIUS MORRIS, | |
| Plaintiff, | Case No. 2:24-cv-01113- RDP |
| v. | |
| OFFICER SIRDARRIUS BARNES, | |
| Defendants | |

## Unopposed Motion to Amend Scheduling Order

Defendant SirDarrius Barnes requests that the Court amend the existing scheduling order (Doc. 13) to extend the following deadlines:

| | Current Date | Requested New Date |
|---|---|---|
| Defendant's Expert Disclosure | April 18, 2025 | May 30, 2025 |
| Plaintiff's Expert Disclosure | June 17, 2025 | July 29, 2025 |
| Mediation objection | June 20, 2025 | August 1, 2025 |
| Discovery Cut-Off | July 17, 2025 | August 29, 2025 |
| Dispositive Motion Deadline | August 22, 2025 | September 30, 2025 |

Defendant has already disclosed to Plaintiff one expert's report (a voice-comparison expert), but Defendant needs additional time for another expert, a cell-tower data analyst. Defendant attempted to get location data off of his broken cell phone, but that was not successful. So now Defendant is attempting to prove his location (or at least his phone's location) during the time of the incident alleged in the complaint by cell-tower data. Defendant has subpoenaed the cell-tower records, but they will not be produced in time for Defendant's expert to review them,

analyze them, and prepare a report. Defendant expects to be able to do that by May 30, which is a 6-week or 42-day extension.

If that gets extended, the parties will need to extend Plaintiff's expert deadline by 6 weeks, and also extend the discovery deadline, move the date for the mediation order, and extend the dispositive motion deadline. The parties believe that these extensions will still allow the court to keep the current target for a trial in February 2026. Counsel for Defendant has consulted with counsel for Plaintiff, and Plaintiff has no objection to these requested extensions and modifications to the schedule.

Thus, for these reasons, Defendant requests that the Court modify the exiting scheduling order (Doc. 13) as set out above.

Respectfully submitted on April 8, 2025.

                               *s/ Michael L. Jackson*
                               Michael L. Jackson
                               mjackson@wallacejordan.com

                               Attorney for Defendant City of Irondale and Officer SirDarrius Barnes

Of Counsel:
Wallace Jordan Ratliff & Brandt, LLC
P.O. Box 530910
Birmingham, Alabama 35253
(205) 870-0555